FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHAN CONRAD SAY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES JUDICIAL SYSTEM and UNITED STATES OF AMERICA,<br><br>    Defendants. | No. 1:23-cv-03058-MKD<br><br>ORDER OF DISMISSAL PURSUANT TO LCivR 41(b)(2) |

By Order filed May 23, 2023, the Court directed Plaintiff to either pay the applicable filing fee of $402.00 to commence this action or properly request leave to proceed *in forma pauperis*. ECF No. 9. That Order, addressed to Plaintiff at the Kittitas County Corrections Center in Ellensburg, Washington, was returned as undeliverable on June 6, 2023. ECF No. 10. Local Civil Rule 41(b)(2) requires a *pro se* litigant to keep the Court and opposing parties advised as to his current

ORDER OF DISMISSAL PURSUANT TO LCivR 41(b)(2) - 1

1  mailing address.  If mail directed to a *pro se* plaintiff is returned by the Postal

2  Service, he has sixty (60) days to notify the Court and opposing parties of his

3  current address or the Court may dismiss the action.  LCivR 41(b)(2).

4     The Court has an interest in managing its docket and in the prompt

5  resolution of civil matters.  See *Destfino v. Reiswig,* 630 F.3d 952, 959 (9th Cir.

6  2011) (affirming district court's inherent power to control its docket); *see also*

7  *Pagtalunan v. Galaza,* 291 F.3d 639, 642-44 (9th Cir. 2002) (discussing factors to

8  consider in dismissing a claim for failure to prosecute or failure to comply with

9  court order, including the public's interest in expeditious resolution, the court's

10  need to manage docket, and the risk of prejudice to defendants).  Plaintiff has

11  failed to keep the Court apprised of his current address.

12     Accordingly, **IT IS ORDERED**:

13     1. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to

14  LCivR 41(b)(2).

15     2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of

16  this Order could not be taken in good faith and would lack any arguable basis in

17  law or fact.

18

19

20

ORDER OF DISMISSAL PURSUANT TO LCivR 41(b)(2) - 2

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, **enter judgment,** provide copies to Plaintiff at his last known address, and **CLOSE** the file.

**DATED** August 11, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL PURSUANT TO LCivR 41(b)(2) - 3